# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL - 6 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ANGEL CESAR TAFOYA<br><br>　　　　　　　　Defendant. | CASE NO. 11CR2073-JLS<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___　the Court has dismissed the case for unnecessary delay; or

**X**　the Court has granted the motion of the Government for dismissal without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

**X**　of the offense(s) of:___21 USC 952 and 960___.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: JULY 6, 2011

　　　　　　　　　　　　　　　　/s/ Ruben Brooks
　　　　　　　　　　　　　　　　RUBEN B. BROOKS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


ENTERED ON _____